**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | |
| FREDDIE TILMON | No. 1:21-CR-408 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about November 21, 2020, in the Northern District of Georgia, the defendant, FREDDIE TILMON, knowing that he had been previously convicted of at least one of the following crimes punishable by imprisonment for a term exceeding one year in the 12th Judicial Circuit, Belleville, Illinois, that is:

- Burglary, in or about September 2010; and
- Theft from a Person, in or about June 2013,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock, model 40gen4, .10mm pistol, all in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, FREDDIE TILMON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, and ammunition involved in and used in the commission of the offense, including, but not limited to, the following:

1

    (a) One (1) Glock, model 40gen4, .10mm pistol.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A __TRUE__ BILL

/FOREPERSON

KURT R. ERSKINE
*Acting United States Attorney*

*Dashene A. Cooper*
DASHENE A. COOPER
*Assistant United States Attorney*
Georgia Bar No. 385738

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2